UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REGINALD LEWIS,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00044-JAD-DJA-1<br><br>**ORDER**<br><br><br>**ECF No. 56** |

　　　Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Monday, November 14, 2022 at 11:00 a.m., be vacated and continued to December 12, 2022, at the hour of 10:00 a.m.

　　　DATED this 9th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE